# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: ATTORNEYS
ADMINISTRATIVELY SUSPENDED
PURSUANT TO RULE 111(b),
Pa.R.C.L.E.

: No. 51 INC
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2016, the attorneys named on the attached list are administratively suspended pursuant to Pa.R.C.L.E. 111(b). The suspensions shall be effective thirty days after the date of this Order, pursuant to Pa.R.D.E. 217.